■ ASHLEY B. JONES, Appellant, v ERIC R. SWEDE, Defendant, and DARRYLE R. SWEDE, Respondent. [45 NYS3d 831]—Appeal from an order and judgment (one paper) of the Supreme Court, Wyoming County (Mark J. Grisanti, A.J.), entered August 12, 2015. The order and judgment granted the motion of defendant Darryle R. Swede for summary judgment and dismissed the complaint against him.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court (2015 NY Slip Op 52023[U] [Sup Ct, Wyoming County 2015]). Present—Smith, J.P., DeJoseph, NeMoyer, Troutman and Scudder, JJ.